IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-149-BO

| VOLT POWER, LLC, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| WILLIAM "BILLY" BUTTS and JOHN BERKNER, | ) |
| Defendants. | ) |

This cause comes before the Court on plaintiff's complaint seeking injunctive relief and motion for temporary restraining order and preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure. Defendant Butts has responded in opposition to the motion.

Plaintiff has not sufficiently demonstrated the threat of immediate and irreparable injury requiring such extraordinary relief as a temporary restraining order issued before a hearing. Accordingly, the request for a temporary restraining order is DENIED.

A hearing on plaintiff's request for a preliminary injunction will be held before the undersigned on Wednesday, September 25, 2019, at 11:00 a.m. at the United States Courthouse, 306 East Main Street, Elizabeth City, North Carolina.

SO ORDERED, this __6__ day of September, 2019.

_____
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE